UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LISA T. JACKSON | * |
| Plaintiff, | * |
| v. | * |
| | * CIVIL ACTION NO.: 4:12-CV-0139 |
| PAULA DEEN, PAULA DEEN ENTERPRISES, LLC, THE LADY & SONS, LLC, THE LADY ENTERPRISES, INC., EARL W. "BUBBA" HIERS, and UNCLE BUBBA'S SEAFOOD AND OYSTER HOUSE, INC., | * |
| Defendants. | * |

## ORDER

The above-captioned matter having come before the Court on the parties' Joint Motion to Stay All Proceedings Pending Determination of Plaintiff's Motion to Remand, the Joint Motion is hereby GRANTED as follows:

1. All proceedings are stayed in this matter until the Court enters an Order on the Plaintiff's Motion to Remand.

2. If the Court denies the Motion to Remand, response briefs on any pending motion to which no response has yet been filed must be filed within fourteen (14) days after such Order. Should the Court grant the Motion to Remand, the case will return to Chatham County Superior Court.

3. If the Court denies the Motion to Remand, a conference under Fed. R. Civ. P. 26(f) shall be held within fourteen (14) days of the Order.

SO ORDERED this 20th day of June, 2012.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA