FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 FEB 21 PM 2:11

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LISA T. JACKSON | * |
| | * |
| Plaintiff, | * |
| | * CIVIL ACTION NO.: 4:12-CV-0139 |
| v. | * |
| | * |
| PAULA DEEN, PAULA DEEN | * |
| ENTERPRISES, LLC, THE LADY & SONS, | * |
| LLC, THE LADY ENTERPRISES, INC., | * |
| BUBBA HIERS, and UNCLE | * |
| BUBBA'S SEAFOOD AND OYSTER | * |
| HOUSE, INC., | * |
| | * |
| Defendants. | * |
| | * |

## ORDER

Plaintiff, Lisa Jackson, having filed a Motion for Leave to File Surreply and to File Surreply Under Seal, and it appearing that good cause exists, Plaintiff's Motion is hereby GRANTED.

Plaintiff is permitted to file a surreply to Defendants' Reply to Plaintiff's Response to Defendants' Fed. R. Civ. P. 25 [sic] Motion for Mental Examination of Planitiff to be Performed by L. Randolph Waid, Ph.D. Such surreply shall be filed under seal, by submitting the brief and any exhibits to the Clerk of Court in a sealed envelope with the style of the case, the tiele of the document enclosed, and the words "FILED UNDER SEAL" on the outside of the envelope. Plaintiff is excused from filing her surreply with the Court using the Court's electronic filing system.

SO ORDERED this 20th day of February, 2013.

_____
HONORABLE G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA