# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| LISA T. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV412-139 |
| | ) |
| PAULA DEEN, | ) |
| PAULA DEEN ENTERPRISES, LLC, | ) |
| THE LADY & SONS, LLC, | ) |
| THE LADY ENTERPRISES, INC., | ) |
| UNCLE BUBBA'S SEAFOOD AND | ) |
| OYSTER HOUSE, INC., and | ) |
| EARL W. HIERS, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Yet *another* discovery motion has been filed in this case. Doc. 164. As the Court said last month: This case is going to be tried this summer. Doc. 132 at 47. Plaintiff shall respond to the motion by noon Monday, May 13, 2013.

**SO ORDERED** this  8th   day of May, 2013.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA