UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| LISA T. JACKSON | * | **FILED UNDER SEAL** |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | CIVIL ACTION NO.: 4:12-CV-0139 |
| v. | * | |
| | * | |
| PAULA DEEN, PAULA DEEN | * | |
| ENTERPRISES, LLC, THE LADY & SONS, | * | |
| LLC, THE LADY ENTERPRISES, INC. | * | |
| EARL W. "BUBBA" HIERS, and UNCLE | * | |
| BUBBA'S SEAFOOD AND OYSTER | * | |
| HOUSE, INC., | * | |
| | * | |
| Defendants. | * | |
| | * | |



### PLAINTIFF'S NOTICE OF INTENTION TO FILE RESPONSE TO MOTIONS FOR LEAVE TO APPEAR PRO HAC VICE

COMES NOW Plaintiff, Lisa T. Jackson, by and through the undersigned counsel, and files this Plaintiff's Notice of Intention to File Response to Motions for Leave to Appear Pro Hac Vice, *Docs. 247, 248, and 249*, filed on behalf of new counsel for Defendants, Jocelyn Cuttino, Grace Speights and Alexis Thomas, respectively. Plaintiff respectfully requests an opportunity to respond no later than Monday, July 15, 2013.

RESPECTFULLY SUBMITTED, this 12th day of July, 2013.

> /s/ S. Wesley Woolf
> S. WESLEY WOOLF
> Georgia Bar No. 776175
> *Attorney for Plaintiff*

S. WESLEY WOOLF, P.C.
408 East Bay Street
Savannah, Georgia  31401
T:  (912) 201-3696
F:  (912) 236-1884
woolf@woolflawfirm.net

/s/ Matthew C. Billips
Matthew C. Billips, Esq.
Georgia Bar No. 057110
*Attorney for Plaintiff*

BILLIPS & BENJAMIN, LLP
One Tower Creek
3101 Towercreek Parkway, Suite 190
Atlanta, Georgia 30339
(770) 859-0753 (telephone)
(770) 859-0752 (facsimile)
Billips@bandblawyers.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LISA T. JACKSON | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO.: 4:12-CV-0139 |
| PAULA DEEN, et al., | * |
| Defendants. | * |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the Defendants, with a copy of the foregoing document (Plaintiff's Notice of Intention to File Response to Defendants' Motions for Leave to Appear Pro Hac Vice) by electronically filing the same with the Clerk of the Court and by same-day email transmission and by U.S. Mail with sufficient postage to the following:

Thomas A. Withers
Gillen, Withers, & Lake, LLC
8 East Liberty Street
Savannah, Georgia 31401

William F. Franklin, Jr.
I. Gregory Hodges
Patricia T. Paul
William Hunter
Georgia T. Major
218 W. State Street
Savannah, Georgia 31412

Grace E. Speights
Jocelyn R. Cuttino
Alexis M. Thomas
Morgan Lewis & Bockius
111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Harvey Weitz
Malcolm Mackenzie, III
William Glass
Weiner Shearouse, Weitz, Greenberg & Shaw
Post Office Box 10105
Savannah, Georgia 31412

This 12th day of July, 2013.

/s/ S. Wesley Woolf
S. WESLEY WOOLF