FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 JUL 25  PM 10: 39

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LISA T. JACKSON,                    )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )    CASE NO. CV412-139
                                    )
PAULA DEEN; PAULA DEEN              )
ENTERPRISES, LLC; THE LADY &        )
SONS, LLC; THE LADY                 )
ENTERPRISES, INC.; UNCLE            )
BUBBA'S SEAFOOD AND OYSTER          )
HOUSE, INC.; and EARL W.            )
HIERS;                              )
                                    )
        Defendants.                 )
_____   )
                                    )
UNCLE BUBBA'S SEAFOOD AND           )
OYSTER HOUSE, INC. and EARL         )
W. HIERS,                           )
                                    )
        Counter Claimants,          )
                                    )
v.                                  )
                                    )
LISA T. JACKSON,                    )
                                    )
        Counter Defendant.          )
_____   )

O R D E R

Before the Court are non-party WXIA-TV's Motion to
Intervene and Petition for Access to Filed Discovery
Materials (Doc. 227), and non-party the Atlanta Journal
Constitution and WSB-TV's Motion to Intervene to Unseal
Court Records and Docket Entries and for Access to Filed
Deposition Video (Doc. 241).    In its motion, WXIA-TV

requests a copy of the video deposition of Defendant Paula Deen. (Doc. 227 at 1-2.) The Atlanta Journal Constitution and WSB-TV ("AJC") seek a copy of the video deposition, along with access to sealed documents and an alleged "secret docket." (Doc. 241 at 1.) The Court **GRANTS** these motions to the extent that they request permission to intervene.

As these entities are no doubt aware, however, the Clerk of Court has returned its copy of the video deposition to counsel for Defendant Deen as custodian under Southern District of Georgia Local Rule 26.4. (Doc. 244.) Because the Court no longer has possession of the video, WXIA-TV's entire motion is **DISMISSED AS MOOT**. That portion of AJC's motion requesting a copy of the video deposition is also **DISMISSED AS MOOT**.

With respect to AJC's request to access an alleged "secret docket," that part of its motion is also **DISMISSED AS MOOT** because this Court has no such "secret docket." As to the sealed docket entries in this case, AJC's motion is **DENIED**. While the public enjoys a well established common law right to judicial records, this right "may be overcome by a showing of good cause, which requires 'balanc[ing] the asserted right of access against the other party's interest in keeping the information confidential.' " <u>Romero v.</u>

Drummond Co., 480 F.3d 1234, 1246 (11th Cir. 2007) (quoting

Chi. Tribune Co. v. Bridgestone/Firestone, Inc., 263 F.3d

1304, 1309 (11th Cir. 2001)).   In this Court's opinion, the

sealed documents present a clear danger to Defendants'

Sixth Amendment right to trial by a fair and impartial

jury.   Therefore, these documents will remain sealed until

further order of this Court.

SO ORDERED this 26th day of July 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA