FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 AUG 23  PM 2: 42

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LISA T. JACKSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PAULA DEEN, et al.,<br><br>　　　　Defendants. | Civil Action No. 4:12-CV-0139 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the agreement of the Parties, it is HEREBY ORDERED that these proceedings are dismissed with prejudice and without any award of costs or fees to any party.

SO ORDERED this _____ day of _____, 2013.

_____
Honorable William T. Moore
United States District Judge

AGREED AND SUBMITTED ON THIS __23RD__ DAY OF AUGUST, 2013:

_____
Harvey Weitz
Georgia Bar No.: 746600
Attorney for Defendants Paula Deen, Paula
Deen Enterprises, LLC, The Lady & Sons,
LLC, Earl W. "Bubba" Hiers and Uncle
Bubba's Seafood and Oyster House Inc.
hweitz@wswgs.com

WEINER, SHEAROUSE, WEITZ,
GREENBERG & SHAWE, LLP
P.O. Box 10105
Savannah, GA 31412
(912) 233-2251
(912) 235-5464 facsimile

/s/ William G. Glass
William G. Glass
Georgia Bar No.: 297340
Attorney for Defendants Paula Deen, Paula Deen Enterprises, LLC, The Lady & Sons, LLC, Earl W. "Bubba" Hiers and Uncle Bubba's Seafood and Oyster House Inc.
bglass@wswgs.com

WEINER, SHEAROUSE, WEITZ,
GREENBERG & SHAWE, LLP
P.O. Box 10105
Savannah, GA 31412
(912) 233-2251
(912) 235-5464 facsimile

Malcolm Mackenzie, III
Georgia Bar No.: 463950
Attorney for Defendants Paula Deen, Paula Deen Enterprises, LLC, The Lady & Sons, LLC, Earl W. "Bubba" Hiers and Uncle Bubba's Seafood and Oyster House Inc.
mmackenzie@wswgs.com

WEINER, SHEAROUSE, WEITZ,
GREENBERG & SHAWE, LLP
P.O. Box 10105
Savannah, GA 31412
(912) 233-2251
(912) 235-5464 facsimile

Grace E. Speights
D.C Bar No.: 392091
Attorney for Defendants Paula Deen, Paula Deen Enterprises, LLC, The Lady & Sons, LLC, Earl W. "Bubba" Hiers and Uncle Bubba's Seafood and Oyster House Inc.
gspeights@morganlewis.com

MORGAN LEWIS & BOCKIUS, LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
(202) 739-3000
(202) 739-3001 facsimile

Jocelyn R. Cuttino
D.C Bar No.: 998367
Attorney for Defendants Paula Deen, Paula Deen Enterprises, LLC, The Lady & Sons, LLC, Earl W. "Bubba" Hiers and Uncle Bubba's Seafood and Oyster House Inc.
jcuttino@morganlewis.com

2

MORGAN LEWIS & BOCKIUS, LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
(202) 739-3000
(202) 739-3001 facsimile

        Alexis M. Thomas
        D.C Bar No.: 497147
        Attorney for Defendants Paula Deen, Paula
        Deen Enterprises, LLC, The Lady & Sons,
        LLC, Earl W. "Bubba" Hiers and Uncle
        Bubba's Seafood and Oyster House Inc.
        alexis.thomas@morganlewis.com

MORGAN LEWIS & BOCKIUS, LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
(202) 739-3000
(202) 739-3001 facsimile

        */s/ Matthew C. Billips*
        MATTHEW C. BILLIPS
        Georgia Bar No. 057110
        Attorney for Plaintiff

BILLIPS & BENJAMIN, LLP
One Tower Creek
3101 Towercreek Parkway, Suite 190
Atlanta, Georgia 30339
(770) 859-0753 (telephone)
(770) 859-0752 (facsimile)
Billips@bandblawyers.com

        */s/ S. Wesley Woolf* (w/ express permission)
        S. WESLEY WOOLF
        Georgia Bar No. 776175
        Attorney for Plaintiff

S. WESLEY WOOLF, P.C.
408 East Bay Street
Savannah, Georgia 31401
T: (912) 201-3696
F: (912) 236-1884
woolf@woolflawfirm.net

3