IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LISA T. JACKSON, )
)
    Plaintiff, )
)
v. )
)
PAULA DEAN; PAULA DEAN )
ENTERPRISES, LLC; THE LADY & )
SONS, LLC; THE LADY )
ENTERPRISES, INC.; UNCLE )
BUBBA'S SEAFOOD & OYSTER )
HOUSE, INC.; and EARL W. )
HIERS; )
)
    Defendants. )
)  CASE NO. CV412-139
UNCLE BUBBA'S SEAFOOD & )
OYSTER HOUSE, INC.; and EARL )
W. HIERS; )
)
    Counterclaimants, )
)
v. )
)
LISA T. JACKSON, )
)
    Counter Defendant. )
)

## ORDER

As the parties are aware, the conduct of Plaintiff's counsel, Mr. Matthew C. Billips, has formed the basis for a Motion for Sanctions from Defendants. Specifically, Defendants contended that Mr. Billips used possible media attention to threaten Defendants (Doc. 101 at 2-4), made inappropriate comments on Twitter that referenced Defendant

Deen[1] and this lawsuit (id. at 4-7), asked irrelevant and purposely embarrassing questions during depositions (id. at 7), filed documents in this Court to pressure Defendant Deen to settle (id. at 8), and previously engaged in generally unprofessional conduct by using misogynistic, vulgar, and offensive statements in comments unrelated to this litigation (id. at 8-12). Defendants argued that, based on the totality of this conduct, Mr. Billips should be severely sanctioned and removed as Plaintiff's counsel. (Id. at 12-24.)

The Magistrate Judge, in a decision later affirmed by this Court, found that Mr. Billip's conduct did not warrant his disqualification as Plaintiff's counsel, but that the Court was likely to impose some form of sanctions for his conduct at the conclusion of this case. (Doc. 149 at 43-46; Doc. 215.) Therefore, Mr. Billips is hereby **ORDERED** to **SHOW CAUSE**, pursuant to Federal Rule of Civil Procedure 11(c)(3), why his conduct that formed the basis for

---

[1] In an exchange with another individual on Twitter, Mr. Billups stated that he had "been doing Paula Deen, in a strongly metaphorical sense" and that he was "representing Lisa Jackson, who is suing [Deen] and her brother Bubba for harassment." (Doc. 101 at 6.) In another exchange, Mr. Billups stated that he was planning on "undressing" Defendant Deen during her upcoming deposition. (Id.)

Defendants' Motion for Sanction of Disqualification. (Doc. 101.) Mr. Billips shall have **twenty days** from the date of this order to file any written response, after which the Court will schedule a hearing on this matter.

SO ORDERED this 23rd day of August 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA