FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 AUG 26  AM 9:39

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LISA T. JACKSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAULA DEAN; PAULA DEAN ) <br> ENTERPRISES, LLC; THE LADY & ) <br> SONS, LLC; THE LADY ) <br> ENTERPRISES, INC.; UNCLE ) <br> BUBBA'S SEAFOOD & OYSTER ) <br> HOUSE, INC.; and EARL W. ) <br> HIERS; ) <br> ) <br> Defendants. ) <br> ) <br> UNCLE BUBBA'S SEAFOOD & ) <br> OYSTER HOUSE, INC.; and EARL ) <br> W. HIERS; ) <br> ) <br> Counterclaimants, ) <br> ) <br> v. ) <br> ) <br> LISA T. JACKSON, ) <br> ) <br> Counter Defendant. ) <br> ) | CASE NO. CV412-139 |

## O R D E R

Before the Court is the parties' "Agreed Order of Dismissal with Prejudice. (Doc. 306.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's cause of action against Defendants is **DISMISSED**

**WITH PREJUDICE.** However, the Court **SHALL RETAIN** jurisdiction over this case to determine other matters associated with this case that are unrelated to the merits of Plaintiff's claims. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of August 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA